# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| CHASE BANK USA, N.A. | ) | |
| _Plaintiff_ | ) | |
| v. | ) Civil Action No. **3-11  1065** | |
| DANIEL SMITH | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Daniel Smith
4005 Murphy Road
Nashville, TN 37209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Wallace W. Dietz
Kinika L. Young
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

_CLERK OF COURT_

Date: **NOV 0 4 2011**

_Signature of Clerk or Deputy Clerk_