UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| CHASE BANK USA, N. A. | :: | |
|     Plaintiff | :: | Civil Case No. 3-11-1065 |
| | :: | Judge William J. Haynes, Jr. |
| vs. | :: | |
| | :: | |
| DANIEL SMITH | | |
|     Defendant | :: | |

_____

### DEFENDANT DANIEL SMITH'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Daniel Smith, pro se, hereby moves to dismiss Plaintiff's claims against him with prejudice for failure to allege the existence of any controversy that would entitle Chase Bank USA, N. A. to declaratory relief.

In support of this motion, Defendant relies upon the memorandum filed concurrently herewith.

Respectfully submitted December 5, 2011

_____
Daniel Smith, Pro Se
4005 Murphy Road
Nashville, Tennessee 37209
615-385-4943
615-250-8742 (fax)

## CERTIFICATE OF SERVICE

       This will serve to certify that a true and correct copy of **DEFENDANT DANIEL SMITH'S MOTION TO DISMISS** has been served upon the following via US Mail and email on December 5, 2011:

Kinika L. Young
Bass, Berry & Sims
150 Third Avenue, South
Suite 2800
Nashville, TN 37201
615-742-6276
kyoung@bassberry.com
Attorney for Chase Bank USA, N.A.

                                               */s/ Daniel Smith*
                                               Daniel Smith, Pro Se
                                               4005 Murphy Road
                                               Nashville, TN 37209
                                               615-385-4943
                                               615-250-8742 (fax)